UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                 Case No: 08-06228-3F7

ROBERT CHARLES ERMOLD
AMANDA TOLER-ERMOLD
                            Debtor(s)./

**TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE OR SETTLEMENT
BETWEEN TRUSTEE AND DEBTOR(S)**

The trustee, Gordon P. Jones, moves this court to enter an order approving a compromise or settlement between the trustee and debtor(s) and shows:

1. On February 20, 2009, the trustee served a Notice of Intent to Compromise or Settle Claim of the Estate on all creditors pursuant to Federal Rules of Bankruptcy Procedure 9019 and 2002, and M.D. FLA. L.B.R. 2002-4.

2. More than twenty days have passed and no objections have been filed.

WHEREFORE, the trustee respectfully requests this Court to enter an Order approving the Compromise or Settlement regarding the objection to exemptions and motion for turnover of property.

Dated: June 27, 2009

                                                   /s/ Gordon P. Jones
                                                   Gordon P. Jones
                                                   Florida Bar No.: 829439
                                                   Post Office Box 600459
                                                   Jacksonville, FL 32260-0459
                                                   (904) 262-7373
                                                   Attorney for Trustee

I HEREBY CERTIFY that a copy of the foregoing was furnished via U.S. Mail, postage prepaid, this 27th day of June, 2009 or electronically by the Bankruptcy Noticing Center, to the following:

U. S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
Robert Charles Ermold, Amanda Toler-Ermold, 7447 Stonehurst Road S, Jacksonville, FL 32277
Nancy A Draughon, Bankruptcy Law Firm Of Lansing J. Roy Pa, P.O. Box 10399
      Jacksonville, FL 32247-0399

                                                   /s/ Gordon P. Jones
                                                   Attorney